FILED
2026 Jul-10 PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **JAYNTIBHAI REVABHAI CHAUDHARI, *et al.*,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services, *et al.*,**<br><br>**Defendant.** | ) | **Civil Action No. 5:25-cv–1866-CLS** |

## ORDER

This action is before the court on plaintiffs' motion for relief from final judgment under Federal Rule of Civil Procedure 60(b). Doc. no. 17. Plaintiffs failed to respond to defendants' motion to dismiss, and their claims against defendants were dismissed with prejudice on March 26, 2026. Doc. no. 16. Plaintiffs ask the court to vacate the dismissal, and to reopen the action, pursuant to Federal Rule of Civil Procedure 60(b).

"Rule 60(b) allows a party to seek relief from final judgment and reopen a case based upon mistake or excusable neglect, newly discovered evidence, fraud, or the void or prospectively inequitable status of a judgment." *BLOM Bank SAL v. Honickman*, 605 U.S. 204, 210 (2025) (citing Fed. R. Civ. P. 60(b)(1-5)). In the present case, plaintiffs' counsel, who was admitted *pro hac vice*, states that the Clerk

of Court incorrectly entered her electronic mail address into the CM/ECF system; and that, as a consequence, she did not receive the court's order to respond to defendants' motion to dismiss. Specifically, plaintiffs' counsel's correct email address is Ripalpatel**268**@gmail.com, but the Clerk entered her address into CM/ECF as Ripalpatel**1268**@gmail.com.

Accordingly, because plaintiffs' counsel has shown that she did not receive notice of the order directing plaintiff to respond to defendants' motion to dismiss due to the court's clerical mistake, and that she acted diligently when she became aware of the error, the motion is GRANTED. It is ORDERED, ADJUDGED, and DECREED that the order of dismissal with prejudice entered on March 26, 2026 (doc. no. 16) be, and the same hereby is, VACATED, and the Clerk is directed to reopen this action. Plaintiffs are directed to respond to defendants' motion to dismiss no later than July 24, 2026. Defendants' reply, if any, must be filed no later than July 31, 2026.

**The Clerk is further directed to correct plaintiffs' counsel's email address in CM/ECF as soon as humanly possible; and, thereafter, to ensure, by test messages to and from counsel for plaintiffs, that the error which resulted in this order has been corrected.**

**DONE** and **ORDERED** this 10th day of July, 2026.

Lynwood Smith

Senior United States District Judge